**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | | |
|---|---|---|
| **CEDAR GRAPHICS INC.** | § | |
| *Plaintiff,* | § | **CIVIL ACTION 1:23-CV-00728** |
| | § | |
| **VS.** | § | |
| | § | |
| **DEREK SPARTA, and** | § | |
| **SPARTA GRAPHICS INC.** | § | **JURY TRIAL DEMANDED** |
| *Defendants.* | § | |

**JOINT MOTION FOR ENTRY OF AGREED FINAL JUDGMENT**

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW, Plaintiff, Cedar Graphics Inc. ("Plaintiff"), and Defendants Derek Sparta and Sparta Graphics, Inc. ("Defendants") in the above-styled and numbered cause and files this, their JOINT MOTION FOR ENTRY OF AGREED FINAL JUDGMENT. In support of this Agreed Motion, the Parties offer as follows:

1. Plaintiff and Defendants ("the Parties"), with the benefit of counsel and full understanding and consent to the terms, have reached an agreement to resolve this matter by the proposed Agreed Final Judgment attached hereto.

2. The Parties believe entry of this proposed Agreed Final Judgment is in the best interest of the Parties.

3. As such, the Parties jointly move this Court to enter the attached proposed Agreed Final Judgment.

4. For clarity, the proposed Agreed Final Judgment relates to a judgment for breach of contract against Defendant Sparta Graphics Inc. only, and it will be a take-nothing judgment as to Defendant Derek Sparta. For further clarity, Defendant Sparta

Graphics is granted a take-nothing judgment on its counterclaims against Plaintiff

Ceder Graphics Inc. pursuant to the terms of the proposed Agreed Final Judgment.

5. A separate motion to dismiss all claims with prejudice as to Defendant Derek Sparta

only is separately being filed with the Court for its consideration.


Respectfully submitted,


**EDWARDS SUTARWALLA PLLC**          **FRED E. WALKER, P.C**
By: /s/ M.F.Sutarwalla          By: **/s/ Fred E. Walker**   **(with permission)**

Murtaza F. Sutarwalla          Fred E. Walker
State Bar No. 24056398          SBOT#20700400
Fed. Id. No. 2589991          108 Wild Basin Rd., Ste 250
George Edwards III          West Lake Hills, TX 78746
State Bar No. 24055438          fred@fredwalkerlaw.com
Fed. Id. No. 1031248          fredwalkerlaw@yahoo.com
602 Sawyer St Suite 490          (512) 330-9977 Office
Houston, Texas 77007          (512) 330-1686 Facsimile
Office: 713-565-1353
Email: murtaza@esslawpartners.com
Email: george@esslawpartners.com

**ATTORNEYS FOR PLAINTIFF**          **ATTORNEY FOR DEFENDANTS**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this September 23, 2024, I caused to be electronically filed the foregoing with the Clerk of the Court using the ECF system, which sent notifications of such filing to all counsel of record, including the following:

Fred E. Walker
SBOT#20700400
108 Wild Basin Rd., Ste 250
West Lake Hills, TX 78746
fred@fredwalkerlaw.com
fredwalkerlaw@yahoo.com
(512) 330-9977 Office
(512) 330-1686 Facsimile
**ATTORNEY FOR DEFENDANTS**

/s/ Murtaza Sutarwalla

_____
Murtaza F. Sutarwalla