**FILED**
February 12, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____klw_____
                    DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| **CEDAR GRAPHICS INC.** § | | |
| *Plaintiff,* § | | CIVIL ACTION 1:23-CV-00728 |
| § | | |
| VS. § | | |
| § | | |
| **DEREK SPARTA, and** § | | |
| **SPARTA GRAPHICS INC.** § | | JURY TRIAL DEMANDED |
| *Defendants.* § | | |

## AGREED JUDGMENT

The Court has determined that judgment should be entered consistent with the agreement of the Plaintiff Cedar Graphics Inc. ("Cedar") and Defendants Sparta Graphics Inc. ("Sparta Graphics") and Derek Sparta, individually, ("Sparta"), which resolves Cedar Graphics Inc.'s Complaint. This judgment is rendered against Sparta Graphics Inc. for the debt as outlined below, and it is a take-nothing judgment as to Derek Sparta individually.

## RECITALS

1.  WHEREAS Cedar filed suit against Sparta Graphics Inc. and Derek Sparta for breach of contract in the case styled Cedar Graphics Inc. v. Derek Sparta and Sparta Graphics Inc., Case No. 1:23-cv-00728, in the U.S. District Court for the Western District of Texas, Austin Division (the "Lawsuit"), which alleged that, on or about May 17, 2022, Cedar Graphics Inc. entered into a Credit Agreement and Cedar Graphics Condition of Sale (the "Contract") with Sparta Graphics Inc. to provide credit for printing and shipping services. Sparta Graphics Inc. agreed to a repayment schedule, promising payment within 30 days of invoicing to induce Cedar Graphics Inc. to sign the Contract.

2. WHEREAS, based on the Lawsuit, the total amount owed to Cedar is approximately $205,101.52 for unpaid invoices under the Contract and attorneys' fees in excess of $20,000.00 (the "Outstanding Debt").

3. WHEREAS, Plaintiff has alleged that Sparta Graphics Inc. failed to comply with the repayment terms and to resolve the issue.

4. WHEREAS, the Parties have agreed to resolve their disputes under the terms and conditions set forth in the Settlement Agreement dated July 25, 2024 (the "Agreement"), which is incorporated herein by reference.

5. WHEREAS, the Parties have agreed that any claims against Derek Sparta individually shall be dismissed, and the Court shall render a take-nothing judgment as to Derek Sparta.

6. This Court has jurisdiction over the subject matter of the Lawsuit and over the Plaintiff and Defendant.

## AGREEMENT

7. In consideration of the mutual promises, terms, and conditions set forth in the Agreement, the adequacy of which is hereby acknowledged by all Parties, it is agreed by and between Defendants and Plaintiff, and adjudicated by the Court, as follows:

　　a. The foregoing recitals are incorporated herein and constitute express terms of this Agreed Judgment.

　　b. Defendant Sparta Graphics Inc., Derek Sparta individually, and Plaintiff entered into a full and final settlement of all claims under the terms of the Agreement. As a condition of the Agreement, Sparta Graphics Inc. consents to the entry of this Agreed Judgment against it.

      c.      Sparta Graphics Inc. and Plaintiff agree that Sparta Graphics Inc. committed breach of contract (as alleged in the Lawsuit) on account of its failure to timely pay Plaintiff any and all amounts owing under the terms of the Contract.

      d.      Sparta Graphics Inc. agrees to pay the amount of $205,101.52 in full, on the basis of the unpaid invoices owing to Plaintiff as alleged in the Lawsuit.

      e.      Sparta Graphics Inc. agrees to pay to Plaintiff an amount of $22,260.00 to cover attorney fees incurred by Plaintiff in prosecuting the Lawsuit up to the date of this Agreed Judgment.

      f.      All other claims (i.e., other than the breach of contract claim) raised by Plaintiff against Sparta Graphics Inc. are dismissed with prejudice.

      g.      All claims against Derek Sparta individually are dismissed, and this Court renders a take-nothing judgment in his favor. Any counterclaims by Sparta Graphics Inc. against Plaintiff are also dismissed, if applicable.

      h.      Plaintiff and Sparta Graphics Inc. agree to the enforcement of this Agreed Judgment in accordance with the terms of the Agreement.

## MUTUAL INTERPRETATION

8.      The parties agree and stipulate that this Agreed Judgment was negotiated on an arm's-length basis between parties of equal bargaining power and was drafted jointly by counsel for each party. Accordingly, the terms of the Agreement incorporated herein by reference shall be mutually interpreted and not construed in favor of or against any Party.

## RETENTION OF JURISDICTION

9.      The parties consent to the continuing jurisdiction and venue of this Court for the limited purpose of interpreting and enforcing the Agreement and this Agreed Judgment.

COUNTERPARTS

10.     This Agreed Judgment may be executed by the parties in counterparts, and a facsimile or .pdf signature shall be deemed to be, and shall have the same force and effect as, an original signature.

FINAL ORDER

The Court, after considering the pleadings, evidence, and arguments of the parties, is of the opinion that Plaintiff Cedar Graphics Inc. is entitled to a judgment against Defendant Sparta Graphics Inc. for the total amount of $205,101.52 for the unpaid invoices and $22,260.00 for attorneys' fees.

It is therefore ORDERED, ADJUDGED, AND DECREED that Plaintiff Cedar Graphics Inc. shall recover from Defendant Sparta Graphics Inc. the total amount of $227,361.52, plus post judgment interest at the federal judgment rate.

The Court, after considering the pleadings, evidence, and arguments of the parties, is of the opinion that Plaintiff Cedar Graphics Inc. is entitled to take nothing form Defendant Derek Sparta.

It is therefore ORDERED, ADJUDGED, AND DECREED that Plaintiff shall TAKE NOTHING by way of this suit against Defendant Derek Sparta individually.

It is FURTHER ORDERED, ADJUDGED, AND DECREED that all costs of Court are taxed against the party incurring same.

THE CLERK of the Court is hereby ORDERED to issue all writs and processes, including but not limited to Writs of Execution, in aid of satisfaction of this Judgment against Defendant Sparta Graphics Inc.

All other relief not expressly granted herein is DENIED. This is a final, appealable order.

SIGNED this ___12___ day of _____February_____, 2025.

                                                      **ALAN D. ALBRIGHT**
                                                     **UNITED STATES DISTRICT JUDGE**

**AGREED:**

By: _____
Murtaza F. Sutarwalla
Attorney for Plaintiff

**AGREED:**

By: **/s/ Fred E. Walker (with permission)**
Fred E. Walker
Attorney for Defendants